**Dismissed for Want of Prosecution and Memorandum Opinion filed March 24, 2026**



In The

# Fifteenth Court of Appeals

### NO. 15-26-00058-CV

**MARK SMITH, Appellant**

**V.**

**SARA EMERY, SHOUVIK PONNUSAMY, TOM KENNEDY, DANNY J. HOLTZCLAW, AND AFFORDABLE DENTURES & IMPLANTS – TEXAS, PLLC, Appellees**

**On Appeal from the 455th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-25-002774**

## MEMORANDUM OPINION

This is an appeal of a judgment signed October 23, 2025. The notice of appeal was filed January 20, 2026. To date, our record shows that appellant has not paid the filing fee.[1]

---

[1] *See* TEX. R. APP. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs); TEX. GOV'T CODE § 51.207 (appellate fees and costs).

On February 17, 2026, this Court ordered appellant to pay the appellate filing fee within 10 days or the appeal could be dismissed without further notice. Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal.

PER CURIAM

Before Chief Justice Brister and Justices Field and Farris.